No. 442. HERNÁNDEZ, PETICIONARIO, *v.* CORTE DE DISTRITO DE SAN JUAN, SEGUNDO DISTRITO.—*Certiorari.* R. enero 29, 1924. En el ejercicio de su facultad discrecional, el tribunal denegó el auto.

No. 3168. DURÁN, EX PARTE, ADMINISTRADORA JUDICIAL Y APELANTE.—Testamentaria. C. de D. de San Juan, Primer Distrito. R. enero 29, 1924. Desestimado el recurso a instancia de la apelada por no haber radicado alegato la apelante ni solicitado prórroga para ello.

No. 2627. DÍAZ, APELANTE, *v.* JOGLAR, APELADO. C. de D. de San Juan, Primer Distrito. R. enero 29, 1924. Denegada la moción del apelante sobre aclaración de sentencia.

No. 3142. BLANCO, APELADA, *v.* MUÑOZ, APELANTE.—Cobro de cantidad. C. de D. de San Juan, Primer Distrito. R. enero 29, 1924. Desestimado el recurso a instancia de la apelada, por no haber presentado alegato el apelante.

No. 2159. EL PUEBLO, APELADO, *v.* MARTÍNEZ, APELANTE.— C. de D. de Ponce. R. feb. 1, 1924. Celebrada la vista con la comparecencia e informe de ambas partes, apareciendo, que la prueba que conecta al acusado con el delito es la declaración del cómplice Pedro Morales la cual no fué corroborada, visto el artículo 253 del Código de Enjuiciamiento Criminal, y la decisión en el caso de *El Pueblo* v. *Buxó,* 29 D. P. R. 81, se revoca la sentencia y se absuelve al acusado.